**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Tri–City Community Action Program Inc | Related Bankruptcy Case: 15–11569 |
| | | Chapter 11 |
| | Debtor | Judge Joan N. Feeney |
| | Tri–City Community Action Program, Inc. | Adversary Proceeding: 17–01035 |
| | Plaintiff | |
| | vs. | |
| | Philip Bronder–Giroux, Anne Howser | |
| | Defendant | |

## ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

The Court has received notice of an electronically filed document by you in the above–referenced case on **APRIL 21, 2017** as document number **1**. A Clerk's Corrective Entry has been made by the Court which **requires expedited action by you.**

**THE FOLLOWING REQUIRES CORRECTIVE ACTION BY THE REGISTERED USER:**

☐ **Document has wrong PDF image/unreadable.** Please re–file electronically with correct and readable PDF using the event found under the Other category titled "Corrected PDF Document in Re: 2 Day Order".

☐ **Document Docketed using wrong event.** Please re–file electronically using correct event.

☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

☐ **Document is unsigned or information is missing.** Signatures must be present as /s/ or a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

☐ **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically.

☐ **Case association incorrect.** Please check for proper association and re–file electronically.

☑ **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

☐ **Other:**

You are hereby **ORDERED** to file the above required document(s) within two (2) business days of the date of this notice.

**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:4/24/17                                                                                       By the Court,

<u>Leah Kaine</u>
Deputy Clerk
617–748–5324

2 – 1