Chapter 11
Adversary Proceeding: 17-01035
Judge Joan N. Feeney

## CERTIFICATE OF SERVICE

I, __Jesse I. Redlener__ (name), certify that service of this summons and a copy of the complaint was made : __5/2/2017__ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
__Philip Bronder-Giroux, 40 Sprague St., Malden, MA 02148-4007__

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__5/3/2017__
Date

_____
Signature

Print Name
_____
Business Address
_____
City          State          Zip