**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

## PRO SE CLERK'S OFFICE:

## ASSISTANCE FOR PRO SE PARTIES

## IN ADVERSARY PROCEEDINGS

At least one party in this adversary proceeding does not have or no longer has an attorney representing them in the adversary proceeding. Unless and until that party obtains an attorney to represent them, they are considered "pro se". Parties who are pro se may obtain information about the bankruptcy process and the filing requirements from the Pro Se Clerk's Office. The Pro Se Clerk can answer some basic questions about the process and procedures in adversary proceedings.

The Pro Se Clerk can provide Information and guidance, but <u>not</u> legal advice. No one from the Clerk's office can provide legal advice. Should you need legal representation, referrals can be made to an appropriate service. In fact, you are encouraged to consult the Pro Se Clerk regarding a referral. If you meet certain financial criteria, you may be eligible to participate in the Court's Pro Bono Adversary Proceeding Program. Contact the Pro Se Clerk for more information.

### SCHEDULE AND TELEPHONE NUMBERS

### FOR THE PRO SE CLERK'S OFFICE:

| **Boston Office:** | **Worcester Office:** | **Springfield Office:** |
|---|---|---|
| Monday, Thursday and Friday | Tuesday | Wednesday |
| United States Bankruptcy Court | United States Bankruptcy Court | United States Bankruptcy Court |
| John. W. McCormack Post Office and Court House | Donohue Federal Building | United States Courthouse |
| 5 Post Office Square, Suite 1150 | 595 Main Street | 300 State Street, Suite 220 |
| Boston, MA 02109–3945 | Worcester, MA 01608–2076 | Springfield, MA 01105–2925 |
| (617)748–5351 | (508)770–8925 | (413)785–6892 |

Also by email: prose@mab.uscourts.gov

Please be aware that the schedule of the Pro Se Clerk is subject to change without notice. To ensure that the Pro Se Clerk will be available in your division on the day you would like to meet, please call or email at least one day in advance. If you reach voice mail, please leave a message and your call will be returned. Please be sure to leave a telephone number and the case number.