United States Bankruptcy Court
District of Massachusetts

Tri-City Community Action Program, Inc.,
    Plaintiff

Adv. Proc. No. 17-01035-jnf

Bronder-Giroux,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: wmcleod     Page 1 of 1     Date Rcvd: May 03, 2017
                      Form ID: approse    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.
dft           Anne Howser,   14 Chadwick St.,   North Billerica, MA  01862-2402
dft           Philip Bronder-Giroux,   40 Sprague St.,   Malden, MA  02148-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2017 at the address(es) listed below:
         Jesse I. Redlener    on behalf of Plaintiff    Tri-City Community Action Program, Inc.
           jredlener@dfllp.com
         Kate E. Nicholson    on behalf of Plaintiff    Tri-City Community Action Program, Inc.
           knicholson@nicholsonherrick.com, awallis@nicholsonherrick.com
                                                                                                                                       TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

### PRO SE CLERK'S OFFICE:

### ASSISTANCE FOR PRO SE PARTIES

### IN ADVERSARY PROCEEDINGS

At least one party in this adversary proceeding does not have or no longer has an attorney representing them in the adversary proceeding. Unless and until that party obtains an attorney to represent them, they are considered "pro se". Parties who are pro se may obtain information about the bankruptcy process and the filing requirements from the Pro Se Clerk's Office. The Pro Se Clerk can answer some basic questions about the process and procedures in adversary proceedings.

The Pro Se Clerk can provide Information and guidance, but not legal advice. No one from the Clerk's office can provide legal advice. Should you need legal representation, referrals can be made to an appropriate service. In fact, you are encouraged to consult the Pro Se Clerk regarding a referral. If you meet certain financial criteria, you may be eligible to participate in the Court's Pro Bono Adversary Proceeding Program. Contact the Pro Se Clerk for more information.

### SCHEDULE AND TELEPHONE NUMBERS

### FOR THE PRO SE CLERK'S OFFICE:

| **Boston Office:** | **Worcester Office:** | **Springfield Office:** |
|---|---|---|
| Monday, Thursday and Friday | Tuesday | Wednesday |
| United States Bankruptcy Court | United States Bankruptcy Court | United States Bankruptcy Court |
| John. W. McCormack Post Office and Court House | Donohue Federal Building | United States Courthouse |
| 5 Post Office Square, Suite 1150 | 595 Main Street | 300 State Street, Suite 220 |
| Boston, MA 02109–3945 | Worcester, MA 01608–2076 | Springfield, MA 01105–2925 |
| (617)748–5351 | (508)770–8925 | (413)785–6892 |

Also by email: prose@mab.uscourts.gov

Please be aware that the schedule of the Pro Se Clerk is subject to change without notice. To ensure that the Pro Se Clerk will be available in your division on the day you would like to meet, please call or email at least one day in advance. If you reach voice mail, please leave a message and your call will be returned. Please be sure to leave a telephone number and the case number.