07/21/2017 Motion allowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRI-CITY COMMUNITY | ) | Chapter 11 Case |
| ACTION PROGRAM, INC., | ) | No. 15-11569-JNF |
| | ) | |
| Debtor. | ) | |
| | ) | |
| TRI-CITY COMMUNITY | ) | |
| ACTION PROGRAM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 17-01035-JNF |
| PHILIP BRONDER-GIROUX, and | ) | |
| ANN HOWSER, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO APPROVE**
**PROPOSED DISCOVERY PLAN AND RULE 26(f) CERTIFICATION**

Plaintiff Tri-City Community Action Program, Inc., by and through the Official

Committee of Unsecured Creditors (the "Committee"), and defendants Philip Bronder-Giroux,

individually and in his capacity as an officer and director of the Debtor ("Bronder-Giroux") and

Ann Howser, individually and in her capacity as an officer of the Debtor ("Howser") (together,

the "Parties") hereby ask that this Court approve this Proposed Discovery Plan and Rule 26(f)

Certification, set forth herein.  This discovery plan constitutes a change from that set forth in the

Court's Pretrial Order dated May 30, 2017.  The changes are necessary to accommodate the

amount of discovery and preparation necessary to prepare for trial and to account for the

vacation schedules of counsel.