UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>TRI-CITY COMMUNITY ACTION<br>PROGRAM, INC.,<br><br>Debtor. | Chapter 11 Case<br>No. 15-11569-JNF |
| TRI-CITY COMMUNITY ACTION<br>PROGRAM, INC.,<br>Plaintiff<br><br>Vs.<br><br>PHILIP BRONDER-GIROUX, and<br>ANN HOWSER,<br>Defendants | Adversary Proceeding<br>No. 17-01035-JNF |

## EXHIBIT LIST

A.  Expert Opinion, Craig R. Jalbert, CIRA, June 17, 2019.

1.  Deposition of Anne Howser, October 19, 2016.

2.  Deposition of Anne Howser, April 24, 2019.

3.  Memo from Philip Bronder-Giroux to Board of Directors, January 5, 2010.

4.  Board of Directors Meeting Minutes, January 11, 2010.

5.  Board of Directors Meeting Minutes, December 6, 2010.

6.  Email from Philip Bronder-Giroux to Board of Directors, February 25, 2011

7.  Board of Directors Meeting Minutes, December 5, 2011.

8.  Board of Directors Meeting Minutes, March 7, 2011.

9.  Board of Directors Meeting Minutes, October 3, 2011.

10. Board of Directors Meeting Minutes, May 6, 2013.

11. Letter from Philip Bronder-Giroux to MassCAP Members, May 3, 2014.

        Respectfully submitted,

        The Defendant,
        ANNE HOWSER
        By Her Attorney,

        */s/ J. William Chamberlain, Jr.*
        J. William Chamberlain, Jr. (BBO # 632784)
        BChamberlain@LynchLynch.com
        Lynch & Lynch
        45 Bristol Drive
        South Easton, MA 02375
        (508) 230-2500